# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

```
IVERSON DAMON LANG,            )
                               )
     Petitioner,               )
                               )
v.                             )     CV 421-150
                               )
UNITED STATES OF AMERICA,      )
                               )
     Respondent.               )
```

### ORDER

After a careful, de novo review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 3, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 10 day of August, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA